Gary MENSE, Plaintiff/Respondent,

v.

Gene ECKELKAMP, Defendant/Appellant.

No. 69083.

Missouri Court of Appeals, Eastern District, Division Two.

Nov. 12, 1996.

Daniel M. Buescher, Washington, Daniel L. Mohs, St. Louis, for defendant/appellant.

Craig E. Hellmann, Washington, for plaintiff/respondent.

Before CRANE, P.J., and GERALD M. SMITH and PUDLOWSKI, JJ.

MEMORANDUM DECISION

PER CURIAM.

Defendant Gene Eckelkamp appeals the trial court's judgment in a court-tried case awarding damages to plaintiff. Defendant on appeal challenges only the trial court's denial of his oral motion for continuance made at the time of trial. Ecklekamp appeared *pro se* when the court granted his trial counsel's motion for withdrawal one week prior to this scheduled trial. The trial court did not abuse its discretion in denying the continuance. *Lamastus v. Lamastus,* 886 S.W.2d 721 (Mo.App.1994).

An opinion would have no precedential value. The parties have been furnished with a statement supporting this decision.

Judgment affirmed. Rule 84.16(b).